**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| PINE BARRON, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION 10-0325-CG-B |
| | ) |
| FOUNDATION FARMS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 16, 2010 (Doc. 47) is **ADOPTED** as the opinion of this court.

Defendant Henry Lee Cole's Motion to Dismiss (Doc. 13) is hereby **DENIED** as **MOOT**. Defendants Foundation Farm, LLC, Laird Cole, and Henry Lee Cole's Motion to Stay (Doc. 26) is hereby **DENIED** as **MOOT**. Henry Lee Cole's Motion to Dismiss, or in the Alternative, Motion to Stay (Doc. 33) is hereby **DENIED**.

Henry Lee Cole's answer to the complaint shall be filed **no later than December 23, 2010.** [1]

**DONE and ORDERED** this 9th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Answers to the complaint were filed by Laird Cole (Doc. 15) and Foundation Farms, LLC (Doc. 16) on July 27, 2010

1